JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mitzi Evans,<br><br>    Plaintiff,<br><br>vs.<br><br>Little Caesar Enterprises, Inc. AND<br>DOES 1 – 20, INCLUSIVE,<br><br>    Defendants | Case No.: 5:17-cv-2142 SVW (KKx)<br><br>Hon. Stephen V. Wilson<br>Courtroom 10A<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above reference matter is hereby dismissed in its entirety, with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Date: April 20, 2018

                                                    Hon. Stephen V. Wilson
                                                    United States District Judge